RECEIVED
IN LAKE CHARLES, LA

JUL 2 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSHUA G. STANLEY** | : | **DOCKET NO. 05-541** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **BAYER, A.G., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss [doc. #7] filed by Defendant, Bayer Corporation is hereby **GRANTED** dismissing Plaintiff, Joshua G. Stanley's claims for strict products liability, common law negligence, breach of implied warranty, misrepresentation, failure to perform adequate testing and attorney fees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Bayer Pharmaceutical Division – North America is hereby **DISMISSED** with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of July, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE